**Order entered February 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00531-CV

**JUAN CARLOS FLORES, Appellant**

**V.**

**CHASCO, INC. A/K/A CHASCO INTERIORS, INC., ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-14912-H**

## ORDER

Before the Court is appellees' February 16, 2015, unopposed motion for extension of time to file briefs. We **GRANT** the motion and **ORDER** appellees file their briefs not later than March 16, 2015.

/s/    CRAIG STODDART
          JUSTICE